1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DAVID MILLAR, | Case No. 2:22-cv-05341-FLA (SKx) |
|---|---|
| Plaintiff, | **ORDER GRANTING PARTIES' JOINT STIPULATION REGARDING ALTERNATIVE DISPUTE RESOLUTION [DKT. 19]** |
| v. | |
| AMAZON.COM SERVICES, LLC, et al., | |
| Defendants. | |

1    On October 11, 2022, the Parties filed a Joint Stipulation Regarding Alternative
2  Dispute Resolution requesting the court to modify the current order referring this case
3  to ADR Procedure No. 2 (the Court Mediation Panel) and instead refer it to ADR
4  Procedure No. 3 (private mediation).  The court, having considered the Parties'
5  Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and
6  ORDERS that this case be referred to private mediation.  The court further orders that
7  the private mediation be completed by October 27, 2023.

9    IT IS SO ORDERED.

11  Dated: October 14, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

18  CC: ADR